UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY RODRIGUEZ-RINCON and JOHN RINCON as surviving heirs of ROSEMARY RINCON, deceased,<br><br>    Plaintiffs,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br>    Defendants. | Civil No.07cv562-IEG(NLS)<br><br>**ORDER DENYING PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>[Doc. No. 44] |

Before the Court in the above-captioned matter is an *ex parte* motion brought by Plaintiffs seeking to extend the discovery period in this case by sixty days [Doc. No. 44].[1]  Defendants oppose the motion [Doc. No. 47].  Plaintiffs' counsel asserts several reasons for requesting the extension, but fails to establish that good cause exists to extend the discovery period in this case.  Accordingly, the *ex parte* motion is **DENIED**.

    **IT IS SO ORDERED**.

DATED: June 11, 2008

                                                                                Hon. Nita L. Stormes
                                                                                U.S. Magistrate Judge

---

[1] The Court notes that discovery in this matter formally closed on April 18, 2008.  (*See Court's Scheduling Order*, Doc. No. 36, ¶ 6.)  The parties reference a June 6, 2008 discovery deadline, the result of an informal gentleman's agreement to extend the April 18, 2008 cutoff date.  (*See Decl'n of David Brodie in Support of Opposition* ¶ 6.)